UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Joseph Owens
                      Plaintiff,

v.                                                 Case No.: 1:12–cv–10185
                                               Honorable John J. Tharp Jr.

Target Corporation
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr:Upon the parties' joint stipulation of dismissal [18] pursuant to FRCP 41(a)(1)(A)(ii), this case is terminated. Defendant's motion to dismiss [19] is denied as moot and will not be heard on the date noticed. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.