MOTION TO Reopen Case No. 12C/0185
Case TO THe Horonable
Joseph Owens                    Judge Tharp
   VS       United States District Court
            Northern District of Illinois
Target                         Case No. 12C/0185

FILED
MAY 22, 2013
MAY 2 2 2013
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

I Filling a motion To reopen case Because Benjamin & Shapiro, they had my case For over a year, then suddenly dropped it because they Felt I was guilty of theft, From Target Commercial store, The Charge of theft that was brought against me was thrown out and dismissed because of No probable Cause. Target Security guard brutally broke my arm in which I have now become disabled To Function. I have endured 3 ~~surgies~~ surgeries and will need physical

Therapy for the rest of my Life. This is an injustice i don't think Target should get away with. This is a blatant Civil rights violation and I ask the Honorable Judge Tharp To Reopen the Case in the name of Justice.

Joseph Owens
1343 N, Cleveland Apt 306
Chicago IL, 60610

Thank very much

Joseph Owens