IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Joseph Owens JR
Plaintiff

v.

Target
Defendant

Case Number: 12C/0185

Judge: Honorable J Tharp JR

NOTICE OF MOTION

TO: Target

**FILED**
MAY 29 2013
5-29-13
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PLEASE TAKE NOTICE** that on June 11 at 9:30 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge J Sharp JR or any judge sitting in his or her stead in **Courtroom** 1419 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

**CERTIFICATE OF SERVICE**

I hereby certify that on Hand delivery I provided service to the person or persons listed above by the following means: _____

Signature: Joseph Owen
Date: 5-29-2013

Name (Print): Joseph Owens

Address: 1343 N. Cleveland
Chicago Ill 60610
Apt 306

Phone: 773-503-3241